# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2414 Disciplinary Docket No. 3 |
| | : | |
| GEORGE KOTSOPOULOS | : | No. 111 DB 2017 |
| | : | |
| | : | Attorney Registration No. 75106 |
| | : | |
| | : | (Montgomery County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2018, on certification by the Disciplinary Board that George Kotsopoulos, who was suspended on consent for a period of one year, has filed a verified statement showing compliance with the order of suspension and Pa.R.D.E. 217, George Kotsopoulos is reinstated to active status.